# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 12 PM 12:26
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EDWARD L. SCHECHTER

vs

UNUM LIFE INSURANCE COMPANY OF AMERICA and DOES 1 - 10

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 459 WQH LSP**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Harris I. Steinberg, Esq.
LEVINE, STEINBERG, MILLER & HUVER
550 West C Street, Suite 1810
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. SEMKLE

By _____ , Deputy Clerk

MAR 1 2 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S