| Attorney or Party without Attorney:<br>HARRIS I. STEINBERG, ESQ., Bar #89288<br>LEVINE, STEINBERG, MILLER & HUVER<br>550 WEST "C" STREET<br>SUITE 1810<br>SAN DIEGO, CA 92101<br>Telephone No: 619-231-9449 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of California | | | | |
| Plaintiff: EDWARD L. SCHECHTER | | | | |
| Defendant: UNUM LIFE INSURANCE COMPANY OF AMERICA | | | | |
| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 459 WQH LSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:  UNUM LIFE INSURANCE COMPANY OF AMERICA
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT.

4. Address where the party was served: 818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 20, 2008 (2) at: 10:25AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNUM LIFE INSURANCE COMPANY OF AMERICA
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. DOUG FORREST
   b. FIRST LEGAL SUPPORT SERVICES
   1511 W. BEVERY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $68.20
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Mar. 20, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMS IN CIV. ACTION

(DOUG FORREST)

914420.harst.120862