1  Sandra I. Weishart (089782),
   sweishart@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendant
   Unum Life Insurance Company of America
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | EDWARD L. SCHECHTER, | Case No.: 08 CV 459 WQH LSP |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | **DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF PARTY WITH FINANCIAL INTEREST** |
| 14 | UNUM LIFE INSURANCE COMPANY OF AMERICA and Does 1-10, | |
| 15 | | |
| 16 | Defendants. | [Pursuant to Local Rule 40.2] |
| 17 | | Disc. C/O:     Not Set<br>Motion C/O:   Not Set<br>Trial Date:    Not Set |
| 18 | | |
| 19 | | Complaint Filed: March 12, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7671\521\08pleadings\certificate of party with financial int.doc

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that the undersigned, counsel of record for Defendant Unum Life Insurance Company of America, certifies that, other than the named parties, no other party has a direct, pecuniary interest in the outcome of this case.

Defendant Unum Life Insurance Company of America, a Maine corporation with its principal place of business in Portland, Maine, is a wholly owned subsidiary of Unum Group, f/k/a/ UnumProvident Corporation, a Delaware corporation with its principal place of business in Chattanooga, Tennessee. No publicly traded corporation owns 10% or more of Unum Group's stock.

This representation is made to enable this Court to evaluate possible disqualification or recusal, and is pursuant to and in furtherance of the Local Rules.

Dated: April 23, 2008

BARGER & WOLEN LLP

By: s/ Sandra I. Weishart
Attorney for Defendant
Unum Life Insurance Co. of America
Email: sweishart@barwol.com

# PROOF OF SERVICE
### *Edward L. Schechter v. Unum Life Insurance Company of America*
### *USDC NO. 08 CV 459 WQJ LSP)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 W. Fifth Street, 47th floor. , Los Angeles, California 90071.

On **April 23, 2008**, I served the foregoing document(s) described as **DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF PARTY WITH FINANCIAL INTEREST** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the mailing list below.

Harris I. Steinberg, Esq.
Levine, Steinberg, Miller & Huver
550 West C. Street, Suite 1810
San Diego, CA 92101

**[X] BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] BY CM/ECT**

[X] Interested Party(ies) as listed above served through the Court's Case Management/ Electronic Case Filing (CM/ECT) system.

[X]    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **April 23, 2008**.

Sonia Martinez                    /s/ Sonia Martinez
(Name)                                  (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2600

i:\office7\7671\521\08pleadings\proof of service.doc