| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>Schechter v. UNUM Life Insurance Co. | |
| **ATTORNEY(S) NAME AND ADDRESS**     **TELEPHONE**<br>HARRIS I. STEINBERG<br>LEVINE, STEINBERG, MILLER & HUVER     (619) 231-9449<br>550 West "C" Street, Suite 1810<br>San Diego, California 92101 | |
| ATTORNEY(S) FOR: Plaintiff  |  HEARING: DATE-TIME-DEPT  |  Case No.: **08-CV-459WQH(LSP)** |

     I am employed in the City and County of San Diego by the Law Firm of Levine, Steinberg, Miller & Huver, 550 West C Street, Suite 1810, San Diego, California 92101. I am over the age of 18 years and not a party to the within action.

     On May 1, 2008, I caused to be served the attached document(s):

FIRST AMENDED COMPLAINT FOR BREACH OF INSURANCE CONTRACT AND DEMAND FOR JURY TRIAL and Proof of E-filing

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes, addressed as shown below for service as designated below:

A. <u>By First Class Mail:</u> I caused each such envelope, with first-class postage thereon fully pre-paid, to be deposited in a recognized place of deposit of the U.S. mail in San Diego, California, for collection and mailing to the office of the addressee on the date indicated.

B. <u>By Personal Service:</u> I caused each such envelope to be personally delivered to the office of the addressee by a member of the staff of this law firm on the date indicated.

C. <u>By Messenger Service:</u> I caused each such envelope to be delivered to a courier employed by <u>ASAP COURIER, INC.</u>, with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee on the date indicated.

D. <u>By Federal Express:</u> I caused each such envelope to be delivered to Federal Express Corporation at San Diego, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day. I deposited this package at the _____ location.

E. <u>By Facsimile:</u> I caused such a document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| A | Sandra Weishart, Esq.<br>BARGER & WOLEN, LLP<br>633 West Fifth St., 47th Floor<br>Los Angeles, CA 90071<br>Phone: 213-680-2800<br>Fax: 213-614-7399 | Attorneys for Defendant UNUM Life Insurance Co. of America |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of May 2008 at San Diego, California.

_____
Janice Willcox

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated)<br>Schechter v. UNUM Life Insurance Co. | | |
| ATTORNEY(S) NAME AND ADDRESS<br>HARRIS I. STEINBERG<br>LEVINE, STEINBERG, MILLER & HUVER<br>550 West "C" Street, Suite 1810<br>San Diego, California 92101 | TELEPHONE<br><br>(619) 231-9449 | |
| ATTORNEY(S) FOR: Plaintiff | HEARING: DATE-TIME-DEPT | Case No.: **08-CV-459WQH(LSP)** |

     I am employed in the City and County of San Diego by the Law Firm of Levine, Steinberg, Miller & Huver, 550 West C Street, Suite 1810, San Diego, California 92101. I am over the age of 18 years and not a party to the within action.

     On April 30, 2008, I caused to be served by a member of the staff of this law firm the attached document(s):

FIRST AMENDED COMPLAINT FOR BREACH OF INSURANCE CONTRACT AND DEMAND FOR JURY TRIAL

on the parties, through their attorneys of record, through the Court's Case Management/Electronic Case Filing (CM/ECT) system as follows:

Martin E. Rosen   mrosen@barwol.com
Sandra I. Weishart sweishart@barwol.com  smartinez@barwol.com

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of April 2008, at San Diego, California.

                                                    /s/ Harris I. Steinberg
                                                    Harris Steinberg