Sandra I. Weishart (089782),
sweishart@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. SCHECHTER,<br><br>  Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and Does 1-10,<br><br>  Defendants. | Case No.: 08 CV 459 WQH LSP<br><br>**STIPULATION TO DISMISS ACTION, WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint Filed: March 12, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7671\521\08pleadings\stipulation for dismissal.doc

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

It is hereby stipulated by and between the parties, through their undersigned counsel of record, that the entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41 (a), with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

Dated: July 13, 2008

LEVINE, STEINBERG, MILLER & HUVER

By: _____
HARRIS I. STEINBERG
Attorneys for Plaintiff
Edward L. Schechter

Dated: July 2, 2008

BARGER & WOLEN LLP

By: _____
SANDRA I. WEISHART
Attorneys for Defendant
Unum Life Insurance Co. of America

# PROOF OF SERVICE
### *Edward L. Schechter v. Unum Life Insurance Company of America*
### *USDC NO. 08 CV 459 WQJ LSP)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 W. Fifth Street, 47th floor. , Los Angeles, California 90071.

    On **August 5, 2008**, I served the foregoing document(s) described as **STIPULATION TO DISMISS ACTION, WITH PREJUDICE** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the mailing list below.

Harris I. Steinberg, Esq.
Levine, Steinberg, Miller & Huver
550 West C. Street, Suite 1810
San Diego, CA  92101

**[X] BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] BY CM/ECT**

    [X] Interested Party(ies) as listed above served through the Court's Case Management/ Electronic Case Filing (CM/ECT) system.

[X]   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **August 5, 2008.**

Sonia Martinez
(Name)

_____
(Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7671\521\08pleadings\proof of service.doc