Sandra I. Weishart (089782),
sweishart@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. SCHECHTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and Does 1-10,<br><br>　　　　Defendants. | Case No.: 08 CV 459 WQH LSP<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ACTION, WITH PREJUDICE**<br><br>Complaint Filed: March 12, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7671\521\08pleadings\[proposed] order re dismissal.doc

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

DATED: _____

                                        United States District Court Judge

# PROOF OF SERVICE
### Edward L. Schechter v. Unum Life Insurance Company of America
### USDC NO. 08 CV 459 WQJ LSP)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 W. Fifth Street, 47th floor. , Los Angeles, California 90071.

    On **August 5, 2008**, I served the foregoing document(s) described as [PROPOSED] **ORDER RE STIPULATION TO DISMISS ACTION, WITH PREJUDICE** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the mailing list below.

Harris I. Steinberg, Esq.<br>
Levine, Steinberg, Miller & Huver<br>
550 West C. Street, Suite 1810<br>
San Diego, CA 92101

**[X] BY MAIL**

    [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] BY CM/ECT**

    [X] Interested Party(ies) as listed above served through the Court's Case Management/ Electronic Case Filing (CM/ECT) system.

[X]    **(FEDERAL)**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **August 5, 2008.**

Sonia Martinez                                _____
(Name)                                                    (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7671\521\08pleadings\proof of service.doc