**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SCHECHTER                    v. UNUM                         No. 08-0459-WQH(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK      Rptr.

Attorneys

Plaintiffs                                              Defendants

The Settlement Disposition Conference set for August 7, 2008 at 4:00 p.m. is vacated.  Dismissal received.

DATED: August 5, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge