# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. SCHECHTER,<br><br>                         Plaintiff,<br>  vs.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA and DOES 1-10,<br><br>                        Defendants. | CASE NO. 08cv459 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

      The Joint Motion to Dismiss Action with Prejudice (Doc. # 16) is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** Each party shall bear its own attorneys' fees and costs, and waives all rights of appeal.

DATED: August 8, 2008

                                                            **WILLIAM Q. HAYES**
                                                        United States District Judge